# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 4:22-CR-00360-01 |
| v. | (Chief Judge Brann) |
| OCUFI LAWRENCE, | |
| Defendant. | |

## ORDER

### OCTOBER 17, 2023

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that Defendant Ocufi Lawrence's Motion to Suppress Evidence (Doc. 43) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge